No. 64640.—Geo. Borgfeldt Corp. *v.* United States, protest 60/4978 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid figures similar in all material respects to

those the subject of *M. Pressner & Co.* v. *United States* (24 Cust. Ct. 77, C.D. 1211), the claim of the plaintiff was sustained.